IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERT LEE HOWELL-JENNINGS,

**Plaintiff,**

v.

INMOBILIARIA Y DESARROLLADORA PUERTO RICO VS, INC., *et al.*,

**Defendants.**

CIVIL NO. 23-1015(JAG)

# JUDGMENT

Pursuant to this Court's Order, Docket No. 60, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Wednesday, September 17, 2025.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE